IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ANGELA KARAGOZIAN                                          PLAINTIFF

v.                          Case No. 13-6010

CLARK COUNTY, ARKANSAS;
BLAKE BATSON, individually
and in his official capacity
as Prosecuting Attorney of
Clark County, Arkansas; B.W.
SANDERS, individually, and
SERGEANT ROY BETHELL, individually                       DEFENDANTS

**ORDER**

Now on this 11th day of September 2013, there comes on for consideration the report and recommendation filed herein on August 22, 2013, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 24). No objections were filed.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Separate Defendant B.W. Sanders' Motion to Dismiss (doc. 14), Separate Defendant Blake Batson's Motion to Dismiss (doc. 19) and Separate Defendant Roy Bethell's Motion for Judgment on the Pleadings (doc. 21) are GRANTED, and Plaintiff's claims against these defendants are DISMISSED WITH PREJUDICE. Additionally, Plaintiff's claims against Clark County are DISMISSED WITH PREJUDICE as they are based upon Separate Defendant Batson's

**AO72A
(Rev. 8/82)**

alleged liability.

    IT IS SO ORDERED.

                                        /s/  Robert  T.  Dawson
                                        Honorable Robert T. Dawson
                                        United States District Judge

**AO72A**
**(Rev. 8/82)**